IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10-cv-22

LINDA HOGUE and RALEIGH )
GRANT, Guardian *Ad Litems, ex. rel*, )
JACOB GRAHAM, )
                                     )
      Plaintiff, )
                                     )        ORDER
vs. )
                                     )
TOWN OF BRYSON CITY, BRYSON )
CITY POLICE DEPARTMENT, et al., )
                                   )
      **Defendants** )
_____)

      **THIS MATTER** has come before the Court upon a joint motion filed by the parties entitled "Joint Motion to Amend the Scheduling Order" (#17). In the motion, the parties request that the Court modify and extend the previously entered Pretrial Order and Case Management Plan (#14) entered in this matter. An examination of the motion leads the court to believe that good cause has been shown for the granting of the motion and the motion will be allowed. The parties are advised however, that the granting of this motion would preclude the Court from granting any extensions to respond to any dispositive motions or any other extensions in this case.

## ORDER

      **IT IS, THEREFORE, ORDERED** that the motion entitled "Joint Motion to Amend the Scheduling Order"(#17) is hereby **ALLOWED** and the deadlines as set forth in the Pretrial Order and Case Management Plan (#14) are modified as follows:

DEADLINES AT A GLANCE

Discovery Completion: October 1, 2011
Mediation: November 1, 2011
Dispositive Motions: November 15, 2011

Signed: September 2, 2011

Dennis L. Howell
United States Magistrate Judge