IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10 CV 22

| | |
|---|---|
| LINDA HOGUE and RALEIGH GRANT, Guardian *Ad Litems*, ex. rel., JACOB GRAHAM, | ) ) ) ) |
| Plaintiffs | ) ) |
| V | ) ) |
| TOWN OF BRYSON CITY, BRYSON CITY POLICE DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

ORDER

**THIS MATTER** is before the Court pursuant to a report of mediation (#20) filed by Frederick S. Barbour, mediator in the above entitled matter. In the report, Mr. Barbour has stated that the parties settled this case at mediation and the parties have agreed to dismiss the action by December 1, 2011.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties shall file, on or before **December 2, 2011** a stipulation of dismissal dismissing all claims in this matter.

Signed: November 8, 2011

_____
Dennis L. Howell
United States Magistrate Judge